# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT TOOMER

NO. 2021 KW 0957

OCT 1 2 2021

---

In Re:   Robert Toomer, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 02-CR9-85062.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator has failed to carry his burden of proving that he was convicted by a nonunanimous jury verdict. See La. Code Crim. P. art. 930.2.

                            **JMG**
                            **GH**
                            **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT